```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  JIAN SHI et al.,                                              :
                                                                :
                                     Plaintiffs,                :
                                                                :
                    -against-                                   :    21-CV-9340 (VEC)
                                                                :
                                                                :         ORDER
                                                                :
  AJISAI JAPANESE FUSION, INC. et al.,                          :
                                                                :
                                     Defendants.                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/22

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiffs filed this lawsuit on November 11, 2021, *see* Dkt. 1;

WHEREAS on March 16, 2022, certificates of default were issued against all Defendants, *see* Dkts. 41–46; and

WHEREAS Plaintiffs have not yet moved for default judgment against the Defendants;

IT IS HEREBY ORDERED that no later than **April 25, 2022**, Plaintiffs must move for default judgment in accordance with Attachment A to the Undersigned's Individual Practices or the Court will dismiss the case with prejudice for failure to prosecute under Fed. R. Civ. P. 41(b).

**SO ORDERED.**

**Date: April 14, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**