UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAN SHI, XIN YU LI, HONG TAO CHEN, HUA LU, and LIANG CHANG,<br><br>Plaintiffs,<br><br>-against-<br><br>AJISAI JAPANESE FUSION, INC., HANE JAPANESE FUSION, INC., YAO YAO SUSHI, INC., BELUGA WHALE SUSHI, INC., CHI KAN LAM, and XIU XIANG YAO a/k/a BI XIANG YAO<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/2/22<br><br>Case No. 1:21-cv-9340-VEC |

## ~~[PROPOSED]~~ DEFAULT JUDGMENT

This action having been commenced on November 16, 2021, by the filing of the Summons and Complaint; and an Amended Complaint having been filed on February 3, 2021; and a copy of the Summons and Complaint having been served on Defendant Ajisai Japanese Fusion, Inc. on November 23, 2021, by personal delivery on the Secretary of State, on Defendant Hane Japanese Fusion, Inc. on November 23, 2021, by personal delivery on the Secretary of State, on Defendant Yao Yao Sushi, Inc. on November 23, 2021, by personal delivery on the Secretary of State, on Defendant Beluga Whale Sushi, Inc. on November 23, 202, by personal delivery on the Secretary of State, on Defendant Chi Kan Lam on November 23, 2021, by service on a person of suitable age and discretion; and a copy of the Summons and Amended Complaint having been served on Defendant Xiu Xiang Yao a/k/a Bi Xiang Yao on February 16, 2021, by service on a person of suitable age and discretion; and proof of service as to all Defendants having been filed with the Court; and Defendants Ajisai Japanese Fusion, Inc., Hane Japanese Fusion, Inc., Yao Yao Sushi, Inc., Beluga Whale Sushi, Inc., Chi Kan Lam and Xiu

1

Xiang Yao a/k/a Bi Xiang Yao (the "Defaulting Defendants") having not answered, moved or otherwise defended against the Complaint or Amended Complaint; and the Clerk of Court having entered Certificates of Default against the Defaulting Defendants on March 16, 2022; and Plaintiffs having sufficiently established entitlement to awards of damages, attorneys' fees, and costs; it is hereby

      ORDERED, ADJUDGED, AND DECREED:

1.      That Plaintiff **Jian Shi** ("Plaintiff Shi") has judgment against Chi Kan Lam in the amount of $228,726.67 for his claims arising during the period January 1, 2015 to May 31, 2018; that Plaintiff Shi has judgment, jointly and severally, against Defendants Chi Kan Lam and Xiu Xiang Yao a/k/a Bi Xiang Yao in the amount of $107,318.79 for his claims arising during the period June 1, 2018 to December 12, 2019; and that Plaintiff Shi has judgment, jointly and severally, against Defendants Chi Kan Lam, Xiu Xiang Yao a/k/a Bi Xiang Yao and Yao Yao Sushi, Inc. in the amount of $19,610.65 for his claims arising during the period December 13, 2019 to April 30, 2020.

2.      That Plaintiff **Xin Yu Li** ("Plaintiff Li") has judgment against Chi Kan Lam in the amount of $40,498.19 for his claims arising during the period January 1, 2015 to May 31, 2018; and that Plaintiff Li has judgment, jointly and severally, against Defendants Chi Kan Lam and Xiu Xiang Yao a/k/a Bi Xiang Yao in the amount of $13,665.86 for his claims arising during the period June 1, 2018 to December 12, 2019.

3.      That Plaintiff **Liang Cheng** ("Plaintiff Cheng") has, jointly and severally, against Defendants Chi Kan Lam and Xiu Xiang Yao a/k/a Bi Xiang Yao in the amount of $17,704.39 for his claims arising during the period June 1, 2018 to December 12, 2019; that Plaintiff Cheng has judgment, jointly and severally, against Defendants Chi Kan Lam, Xiu Xiang Yao a/k/a Bi

Xiang Yao and Yao Yao Sushi, Inc. in the amount of $27,320.77 for his claims arising during the period December 13, 2019 to April 30, 2020.

4. That Plaintiff **Hong Tao Chen** ("Plaintiff Chen") has judgment against Chi Kan Lam in the amount of $ $21,448.65 for his claims arising during the period January 1, 2015 to May 31, 2018; that Plaintiff Chen has judgment, jointly and severally, and against Defendants Chi Kan Lam and Xiu Xiang Yao a/k/a Bi Xiang Yao in the amount of $41,348.11 for his claims arising during the period June 1, 2018 to December 12, 2019.

5. That Plaintiff **Hua Lu** ("Plaintiff Lu") has judgment against Chi Kan Lam in the amount of $116,868.95 for his claims arising during the period January 1, 2015 to May 31, 2018; that Plaintiff Lu has judgment, jointly and severally, against Defendants Chi Kan Lam and Xiu Xiang Yao a/k/a Bi Xiang Yao in the amount of $108,424.58 for his claims arising during the period June 1, 2018 to December 12, 2019; and that Plaintiff Lu has judgment, jointly and severally, against Defendants Chi Kan Lam, Xiu Xiang Yao a/k/a Bi Xiang Yao and Yao Yao Sushi, Inc. in the amount of $362.20 for his claims arising during the period December 13, 2019 to April 30, 2020.

It is further ORDERED, ADJUDGED, and DECREED:

That Catholic Migration Services shall be awarded $12,375 in attorneys' fees and $402 in costs for which Defendants Chi Kan Lam, Xiu Xiang Yao, and Yao Yao Sushi, Inc., are jointly and severally liable;

That Catholic Migration Services shall be awarded $175 in costs for which Defendant Chi Kan Laim is liable;

That Catholic Migration Services shall be awarded $195.96 in costs for which Defendant Xiu Xiang Yao is liable; and

That Catholic Migration Services shall be awarded $150 in costs for which Defendant Yao Yao Sushi, Inc. is liable.

The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   June 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**Valerie E. Caproni**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Court Judge**