```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 JIAN SHI et al.,                                              :
                                                               :
                                    Plaintiffs,                :
                                                               :
           -against-                                           :     21-CV-9340 (VEC)
                                                               :
                                                               :     ORDER
                                                               :
 AJISAI JAPANESE FUSION, INC. et al.,                          :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/30/22

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiffs have attempted to file proposed abstracts of judgment, *see* Dkts. 63–65;

IT IS HEREBY ORDERED that Dockets 63–65 are stricken;

IT IS FURTHER ORDERED that if Plaintiffs wish for the Clerk to issue abstracts of judgment, Plaintiffs must prepare and file a separate proposed abstract of judgment as to each Plaintiff. For each individual proposed abstract of judgment, each Defendant against whom judgment was entered must be separately listed with that Defendant's address. The abstract must also include the correct judgment amount corresponding to each judgment debtor. Plaintiffs must pay for each abstract of judgment when filing it on the Docket.

**SO ORDERED.**

Date: June 30, 2022
      New York, NY

_____
VALERIE CAPRONI
United States District Judge