UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JIAN SHI et al.,

                              Plaintiffs,

          -against-

AJISAI JAPANESE FUSION, INC. et al.,

                              Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/22

21-CV-9340 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS the Court entered default judgment against all Defendants on June 2, 2022, *see* Dkt. 62; and

       WHEREAS the Clerk of Court has issued abstracts of judgment against all Defendants;

       IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to terminate any open motions and close this case.

**SO ORDERED.**

Date:  July 15, 2022
        New York, NY

                                                **VALERIE CAPRONI**
                                                **United States District Judge**